**DUPLICATE ORIGINAL**

Lauren Paulson
16131 W. Hoffeldt Ln#38
Brookings, OR 97415
541 412 1290
laurenjpaulson@gmail.com


UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| LAUREN JOHN PAULSON,<br><br>   Plaintiff, DEBTOR<br><br>v.<br><br><br><br>FAIRWAY AMERICA<br>CORPORATION, fka<br>FAIRWAY COMMERCIAL<br>MORTGAGE CORPORATION,<br>Oregon corporations, MATTHEW<br>BURK, aka MATT BURK,<br>JOHN DOE SAVINGS BANK,<br>a Washington corporation,<br>WELLS FARGO FOOTHILLS, a<br>California corporation, BANK OF<br>AMERICA, GMAC, U.S. BANK<br>JOAN DOE, LIBOR | Case No.  09-32439<br><br>and  15-35195[1]<br><br>**MOTION FOR AND**<br>Application for<br>Appointment of Pro Bono Attorney<br><br><br><br>HEARING REQUESTED |

---

[1] NOV multiple motions to consolidate — there are other cases that touch and concern these.

a mortgage broker,JAMES DOE,   )
JANE DOE, lenders,              )
JP MORGAN, CHASE & CO.,ALL      )
FINANCIAL, GOLDMAN SACHS, CITI- )
GROUP, CITIMORTGAGE, , HSBC,    )
NATIONAL CITY, DEUTSCHE BANK,   )
BANK OF NEW YORK, MORTGAGE      )
ELECTRONIC REGISTRATION         )
SYSTEMS, SKYLANDS INVESTMENT    )
CORPORATION, an Oregon corporation)
Manager, FHLF, LLC,CRAIG RUSSILLO)
JOEL PARKER, ANNE HELTON        )
AMY MITCHELL, ROB LEVY, LANNY   )
DOE, GREG BLAIR, THE SCHWABE    )
WILLIAMSON AND WYATT Law Firm   )
and JOHN DOES 1-12 and JANE     )
DOES 1-12, JOHN DOE LENDER 1-12 )
JANE DOE LENDER 1-12, JOHN DOE  )
SERVICER 1-2, JANE DOE SERVICER )
1-12, JOHN DOE MORTGAGE CO.     )
1-12, JANE DOE MORTGAGE CO.,    )
HONORABLE JUDGES PAUL           )
PAPAK, ANCER HAGGERTY, ANN      )
AIKEN, MICHAEL MOSMAN, ANNA     )
BROWN, JIM PAPPAS, BRUCE        )
MARKELL, EILEEN HOLLOWELL,      )
JUDGE JURY, RANDALL DUNN,       )
RICHARD, TONKON TORP            )
CLIFTON, SANDRA IKUTA, ED LEAVY,)
WILLIAM CANBY, RONALD GOULD     )
RICHARD TALLMAN, JAY MEMO       )
BYBEE, ALEX KOZINSKI, WM        )
FLETCHER, C.M. CALLAHAN.        )
ROBINSON, BEA MURGIA,           )
THE UNITED STATES FEDERAL       )
RESERVE BANK, BARCLAYS BANK     )
JUDGE JOHN DOE, JUDGE JANE      )
DOE, JUSTIN LEONARD             )

Defendants,

COMES NOW, Lauren Paulson and moves the Court to appoint Pro Bono Counsel because the extant attorney for the Debtor, Keith Boyd was cited for a disciplinary complaint and failed to return Debtor's funds to him contrary to the Oregon State Bar Rules and the laws of the U.S.. This case encompasses illegal sequestration of the Debtor's assets by the Trustees.

Moreover, the Attorney for the Trustee, Justin Leonard hereby seeks to embezzle funds owing to the Debtor. The Debtor will need legal representation to protect him against the conspiracy and criminal acts of Mr. Leonard and the various Trustees who have sought Debtor's funds. They also seek to purloin Debtor's estate instead of honoring the the Debtor's rights and fail to perform their duties under the Bankruptcy laws of the State of Oregon and the Federal Bankruptcy Rules.

CLASS ACTION

Subsequently, there will be filed a Complaint on behalf of a Class who need legal representation in these proceedings because the phalanx of judges in this case have not followed the mandatory conflict of interest screening

procedures as required by the Rule of Law. Annulled by the current cast of judicial officials who are ruling on the instant cases.

The Court should appoint a Pro Bono attorney to represent the Plaintiff in accordance with existing procedures, rules and laws to appear in all cases in all jurisdictions. With this Motion the Plaintiff is also asking for IFP status as he is unable to afford an attorney per the information contained therein and set forth here by this reference as though fully placed herein.

Dated this Wednesday, January 12, 2022

/S/_____

Lauren Paulson, Pro Se

++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Lauren Paulson
16131 W. Hoffeldt Ln#38
Brookings, OR 97415
541 412 1290
laurenjpaulson@gmail.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREN JOHN PAULSON, ) | |
| ) | Case No.  09-32439 |
| Plaintiff, DEBTOR    ) | |
| ) | and  15-35195 |
| ) | |
| ) | **MOTION FOR  and** |
| ) | **Supplemental** |
| v.           ) | Application for |
| ) | Appointment of Pro Bono Attorney |

    I, Lauren Paulson have filed an application for IFP and for

representation through the court's Pro Bono Program on LBF 901.1

I seek appointment of an attorney to represent me as an individual and

under the Oregon State Volunteer Defense Counsel  procedures pursuant

to Oregon State Bar Bulletin dated June 2007 and resources recounted

below.   The Oregon State Bar and instant Judiciary is illegally ignoring these requirements.

I am not employed, being a Senior over the age of 75 and a Veteran.  I do not have a significant other.  I have no income beyond Social Security.  I own my own home and own my car which is over twenty years old.

The Oregon State Bar has illegally confiscated my real estate and personal property through these proceedings.  Moreover, these Trustees and legal officials have illegally failed to explore the sale my extant law practice in Aloha, Oregon in 2005 et seq. that was worth over the amount claimed in this debt.  Moreover, I had equity in my ownership of my estate illegally sacrificed to the winds by the Trustees, their attorneys and the corrupt bankruptcy system so obvious and so pernicious.  Thereby, the Defendants herein have rendered me homeless as documented by the Housing Authority of Curry County Oregon and ORCA (sic).

I am not financially responsible to anyone.

## DECLARATION

**I DECLARE UNDER THE PENALTY OF PERJURY THAT MY ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AND CORRECT.  AN ATTORNEY ASSIGNED TO REPRESENT ME MAY GIVE ANY AND ALL INFORMATION LEGALLY REQUIRED TO SAID ATTORNEY.  ANY ATTORNEY ASSIGNED TO MY CASE MAY SEEK REIMBURSEMENT PURSUANT TO:**

- **THE NATIONAL COALITION FOR A CIVIL RIGHT TO COUNSEL**
- **THE AMERICAN BANKRUPTCY INSTITUTE**
- **THE OREGON DEPARTMENT OF JUSTICE CIVIL ENFORCEMENT DIVISION**
- **ANY CONSORTIUM IN WHICH THE PUBLIC DEFENDERS OFFICE HAS A CONFLICT PREVENTING REPRESENTATION**
- **THE OREGON PUBLIC DEFENSE SERVICES COMMISSION**
- **THE OREGON OFFICE OF PUBLIC DEFENSE SERVICES**
- **SOUTHWESTERN OREGON PUBLIC DEFENDER SERVICES, INC.**
- **OREGON LAW CENTER**
- **THE CAMPAIGN FOR EQUAL JUSTICE AND CONCOMITANT LEGAL AID PROVIDERS  INCLUDING ENDOWMENT FUNDS**

**ADMINISTERED BY THE SUPREME COURT OF OREGON AND OREGON COMMUNITY FOUNDATION**

- **THE OREGON LAW FIRM OF MILLER NASH AND RELEVANT ENDOWMENTS ALONG WITH THEIR PARTNERSHIPS WITH LASO INCLUDING ANY PARTNERSHIPS ADMINISTERED BY THE OREGON STATEWIDE PROBONO COORDINATOR.**

Lauren Paulson
16131 W. Hoffeldt Ln#38
Brookings, OR 97415
541 412 1290
laurenjpaulson@gmail.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREN JOHN PAULSON,    ) | |
| ) | Case No. 09-32439 |
| Plaintiff, DEBTOR    ) | |
| ) | and  15-35195 |
| ) | |
| ) | **CLAIM OBJECTION** |

++++++++++++++++++++++++++++++++++++++++++++++++++