| | | |
|---|---|---|
| 04/12/2022 | | Judge Thomas M Renn |
| 10:00 09-32439-tmr7 | Lauren John Paulson - db | ProSe |
| | Amy E Mitchell -tr<br>U.S. Trustee | Justin Leonard<br>Jonas Anderson |

**Matter: Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Chapter 7 Trustee.**

Additional Appearances:  Amy E Mitchell, Chapter 7 Trustee

Summary of Proceedings

Mr. Leonard and Mr. Paulson discussed the status of the trustee's final report and Mr. Paulson's objections thereto. Mr. Paulson requested time to obtain pro bono counsel. Mr. Anderson noted the U.S. Trustee would like to be included in the scheduling discussions.

Determination of the Court

Mr. Paulson has 30 days to obtain pro bono counsel. He is to contact Judge Renn's Judicial Assistant within two weeks to give her an update on his progress. If Mr. Paulson has not obtained counsel within 30 days, the court will coordinate scheduling of a final hearing and related deadlines.

Order to be prepared by:  _____ Clerk's Office   _____ Chambers   Other:

Minute Order: